NEW JERSEY DEPARTMENT OF LABOR.
WORKMEN'S COMPENSATION BUREAU.

JOHN SCHMIDT, petitioner,

v.

JOHN PAWLOWSKI, respondent.

### Partial Loss of Index Finger.

On petition for compensation. Finding of facts a determination. Order of dismissal.

*Mr. Samuel Greenstone,* for the petitioner.

*Mr. Gerald McLaughlin,* for the respondent.

\* \* \* In the case at bar the testimony shows that the petitioner has received compensation from the respondent by way of agreement: Temporary disability, seven and three-sevenths weeks at the rate of $17 per week, and permanent disability seven weeks at the same rate, based on twenty per cent. loss of function of the right index finger. Taking the testimony as a whole, I am of the opinion that the petitioner has been properly compensated for injuries sustained by him as a result of the accident of November 27th, 1923, and is entitled to no further compensation benefits.

I find, therefore, in favor of the respondent, John Pawlowski, and against the petitioner, John Schmidt, and dismiss the petition.

JOHN J. STAHL.
*Referee.*